**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LAMEL JEFFERY, et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>THE CITY OF NEW YORK, et al.,<br><br>      Defendants. | No. 20 Civ. 02843 (NGG)(RML) |

## STIPULATION AND DISMISSAL WITH PREJUDICE OF OFFICIAL CAPACITY CLAIMS AGAINST GOVERNOR CUOMO

WHEREAS, Plaintiffs have filed the above-captioned purported class action lawsuit on behalf of themselves and other similarly situated individuals challenging the implementation and enforcement of a curfew in place in New York City between June 1 and June 7, 2020 ("Action");

WHEREAS, the Action names as a defendant New York State Governor Andrew M. Cuomo; and

WHEREAS, the Action asserts claims against Governor Cuomo in both his individual capacity and his official capacity.

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs and Governor Cuomo, through their undersigned counsel, that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, all official capacity claims against Governor Cuomo in the Action are discontinued with prejudice, with each party to bear its own costs and attorneys' fees.

2

Dated: New York, New York
November 23, 2020

| Cohen & Fitch LLP | Clarick Gueron Reisbaum LLP |
|---|---|
| By:   */s/ Joshua P. Fitch* | By: */s/ Nicole Gueron* |
|     Joshua P. Fitch |     Nicole Gueron |
|     110 E. 59th St., Suite 3200 |     220 Fifth Avenue, 14th Floor |
|     New York, New York 10022 |     New York, New York 10001 |
|     Phone: (212) 374-9114 |     Phone: (212) 633-4310 |
|     Fax: (332) 777-2172 |     Fax: (646) 478-9484 |
|     Email: jfitch@cohenfitch.com |     Email: ngueron@cgr-law.com |
| *Attorney for Plaintiffs and Putative Class Members* | *Attorney for Defendant Governor Andrew M. Cuomo* |

**So ordered**: _____
                  Hon. Nicholas G. Garaufis
                  United States District Judge