

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**GREGORY ACCARINO**
*Assistant Corporation Counsel*
phone: (212) 356-1945
gaccari@law.nyc.gov

September 9, 2022

**BY ECF**
Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Lamel Jeffrey, et al. v. City of New York, et al.</u>
                20 CV 02843 (NGG) (RML)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel for the City of New York, and attorney for defendants City of New York and Mayor Eric Adams in the above-referenced matter. As per this Court's Order on August 10, 2022, the parties jointly submit (1) Proposed Judgment and (2) Stipulation and Order of Voluntary Dismissal. <u>See</u> ECF, Order, August 10, 2022.

                                          Respectfully submitted,

                                          */s/ Gregory J.O. Accarino*
                                          Gregory J.O. Accarino
                                          *Assistant Corporation Counsel*
                                          Special Federal Litigation Division

Encls.

cc:    **By ECF**
       Joshua Fitch
       Ilyssa S. Fuchs
       *Attorneys for Plaintiffs*